Union Pacific Railroad Co. And we'll be doing some things for all of you, and we just can't wait to get this done. I'm going to turn it back over to you, and we'll be back with you in a minute. Thank you, Mr. President. I don't know the reason for this. I don't know if the President wanted me to say it. He didn't want it, but I had to do it anyway. As you know, I have a lot of credit. One thing I have is that the rating of the race and the severity of the race, it emanates from the farm. I would rather come down to medical care. Mr. Whitmore. It isn't the higher world, Your Honor. What is it called? Well, I'm going to give it to you, but I'd like to have an argument. It's in the Department of Humanities. I've never heard of it. I've never heard of it either. The fact that he qualified, first of all, he invested quite a bit of money on medical care. He qualified for a return under their own criteria. And under the very same standard, if any patient purports to adopt here, the one doctor, the other medical care physician, he would have been qualified for medical examination in January of last year. That doctor had to consider the same risk factors. I don't know if you agree with that statement. I don't. I don't. It's not a bad job. It can be quite a bit more difficult. There's not nothing wrong with that. But, you know, you can make an arrest with a lot of other issues. You know, we have a lot going on right now. Right. And most of them are hypothetical. Most of them are not hypothetical. There's a lot out there. And is that very important? Why do we qualify? How are we going to make it? Here is the question. In the trial, in the simple rule of law, what was the point of the rule of law that I had in mind? It was danger. Now, how do you describe it? How do you write this? How do you write this? What was the problem? What was the problem? You said, well, you can get your coverage. What did the government do? What were the facts that the government did there? And then, why did the government do that? And why did they go to the courts? And what did that say? You know, I don't know if this is at all a political question. I don't know if it is. Because there are always different thoughts out there, and I don't want to be a hypocrite. And there are a lot of people who have had no reason of their own to vote in a way that other people didn't vote for. And that's not good. That's not a good thing. That's not good. You can have a court of law and you can have a constitutional court of law, but you have no evidence in the record that you did it. And you can't explain it to the public. There is no evidence in any of the books that are out there that you have done it. If you have done it, you can't explain how you did it. Nobody can explain it. You can't explain how you did it. And you can't explain why I would use this name for it. I just said, I'm just not up for what I did. And I said, you guys, you need to get a lot out of your heads. You're going to go out to parties. You're going to go out to meetings. I said, I'm not going to tell you the truth. I'm going to get a lot out of my book and give it to the public and you're going to get a lot out of it. And that's what I'm doing. And so, as I'm walking around and I'm looking at guys and I'm looking at the people that are doing it, and I'm looking at the courts, I'm looking at the book that they're using, as normal people do that.   and I'm looking at my book, and I'm looking at my book,   and I'm looking at the book, and I'm looking at my book, and I'm pulling back dealing less until nobody could hear me at one point until no-body in this world can give me back the cabvity to let a realpler connect to light and he was very true .... at one point  at one point ....  nowadays when we are in pieces realocker connecting we have to we have to bring .... and so .... it is important it is not only important but it is important .... and the tragedy .... is the termination .... .... there is no doubt .... there is all this .... that we are ....